

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2017

No. 04-17-00310-CV

**YATES ENERGY CORPORATION,** EOG Resources, Inc., Jalapeno Corporation, ACG3 Mineral Interests, Ltd., Glassell Non-Operated Interests, Ltd., and Curry Glassell, Appellants

v.

**BROADWAY NATIONAL BANK, TRUSTEE OF THE MARY FRANCES EVERS TRUST,**
Appellees

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2015PC2618
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Appellees' motion for extension of time to file their brief is granted. Time is extended to November 17, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 31st day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court